IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAN CORNELL,

    Plaintiff,

v.                          CASE NO. 4:13cv464-RH/CAS

STATE OF FLORIDA, DEPARTMENT
OF FINANCIAL SERVICES,

    Defendant.

_____/

## ORDER DISMISSING COUNT II

Based on the parties' stipulation, ECF No. 23, the complaint's count II is dismissed with prejudice. I do *not* direct the entry of judgment under Federal Rule of Civil Procedure 54(b).

SO ORDERED on May 9, 2014.

                          s/Robert L. Hinkle
                          United States District Judge